UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 21-00685JVS<br>EDCV 21-00686JVS | Date | June 11, 2021 |
|---|---|---|---|
| Title | In re Terry Lee Fleming Sr. | | |

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT JUDGE | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECTION**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **June 25, 2021** why this action should not be dismissed for lack of prosecution.

Counsel are advised that the Court will consider the filing of the following documents in Bankruptcy Court, with a status report to the District Court, an appropriate response to this Order to Show Cause, on or before the above date indicated above, to avoid dismissal:

X   **Designation of Record**
X   **Statement of Issues on Appeal**
X   **Filing of Notice Regarding Ordering of Transcript**

If this case has been settled and/or dismissed in the Bankruptcy Court counsel/parties must file a **separate** dismissal in the District Court. If the above documents have been filed in the Bankruptcy Court, counsel shall file a declaration with this Court so stating and counsel shall inquire with the Bankruptcy Court when the Certificate of Readiness will issue.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |